## VILLAGE OF HYDE PARK
### v.
## WILLIAM J. SLEE ET AL.

The judgment in this case is reversed upon the grounds stated in Village of Hyde Park v. Thatcher, ante, 613, as the principal question arising on the record in this case is the same as in that.

ERROR to the Superior Court of Cook county; the Hon. SIDNEY SMITH, Judge, presiding. Opinion filed October 23, 1883.

Mr. A. W. GREEN, for plaintiff in error.

Mr. CONSIDER H. WILLETT, for defendants in error.

PER CURIAM. The principal question arising on the record in this case being the same as that in the case of The Village of Hyde Park v. George L. Thatcher et al., ante, 613, decided at the present term, the judgment will be reversed upon the grounds stated in the opinion of the court in that case.

Judgment reversed, and the cause remanded to the court below.

Reversed and remanded.